IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF OLGA SKRLJ, DECEDENT, BY ITS EXECUTRIX, SANDRA SZUCH, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil No. 1:06cv1619 |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant/ Counterclaim Plaintiff | ) ) ) |
| v. | ) ) |
| SANDRA SZUCH, BOTH IN HER CAPACITY AS EXECUTRIX OF THE ESTATE OF OLGA SKRLJ, and AS AN INDIVIDUAL DEFENDANT | ) ) ) ) ) |
| Counterclaim Defendants. | ) |

## **CONSENT JUDGMENT**

Judgment is hereby entered in favor of the United States of America, and against Sandra Szuch, in her individual capacity, for the claims identified in Count II of the First Amended Counterclaims, in the total amount of $3,315,266.59, plus interest accruing after September 30, 2006.

2982036.1

Count I of the First Amended Counterclaims, which seeks a judgment against Sandra Szuch, in her capacity as executrix of the estate of Olga Skrlj, is hereby dismissed, with prejudice.

Plaintiff's Complaint is hereby dismissed, with prejudice.

__/a/ Aaron H. Bulloff _____

Aaron H. Bulloff, Esq.
Kadish, Hinkel & Weibel
2112 East Ohio Bldg.
1717 East Ninth Street
Cleveland, OH 44114
216-696-3030
Email: abulloff@khwlaw.com
Attorney for Sandra Szuch, as executrix of the Estate of Olga Skrlj
Dated:

_/s/ Thomas P. Cole __

Thomas P. Cole, Esq.
Trial Attorney, Tax Division
Department of Justice
Ben Franklin Station
Washington, D.C. 20044
(202) 514-9611
Email: Thomas.P.Cole@usdoj.gov
Attorney for the Defendant/Counter-claim Plaintiff United States
Dated:

_/s/ Steven B. Koblentz _____

Steven B. Koblentz, Esq.
Ste. 200, 5910 Landerbrook Drive
Mayfield Heights, OH 44124
440-544-1130
Email: koblentzlaw@cs.com
Attorney for Sandra Szuch, in her individual capacity
Dated:

Dated: 2/26/2008

/s/SOLOMON OLIVER, JR.
HONORABLE SOLOMON OLIVER
UNITED STATES DISTRICT JUDGE